PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00226-DJC-6 |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| ISMAEL MIRANDA, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment against defendant Ismael Miranda, filed November 10, 2022. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against defendant Miranda be dismissed without prejudice.

SO ORDERED.

Dated: February 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE