**FILED**
2/23/2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISMAEL MIRANDA,<br><br>　　　　　Defendant. | Case No.  2:22-cr-00226-DJC-6<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release <u>ISMAEL MIRANDA</u> – Case No. <u>2:22-cr-00226-DJC-6</u>; Charge <u>21 U.S.C. §§ 846, 841(a)(1)</u> – from custody for the following reasons:

　　\_\_\_\_    Release on Personal Recognizance

　　\_\_\_\_    Bail Posted in the Sum of $

　　\_\_\_\_    Unsecured Appearance Bond $

　　\_\_\_\_    Appearance Bond with 10% Deposit

　_X_    Other:  Upon motion by the government, the Indictment is DISMISSED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 2/23/2024 at 8:45 PM.

　　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE